# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0071.  QUANTARIUS PICOU v. THE STATE.**

The appellant in the above-styled case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed (or within the time allowed by any order permitting an extension of time.) See also Court of Appeals Rule 13.

Accordingly, this case is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/19/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*